UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROGER PINTO,
    a.k.a. Roger Pinto-Vargas
    a.k.a. Roger Duaner Pinto Vargas

    Defendant.

Civil Action No. 1:23-cv-00129-TSE-IDD

## CONSENT JUDGMENT REVOKING NATURALIZATION

The Court having considered the complaint filed by the United States of America ("United States") against Defendant Roger Pinto ("Mr. Pinto" or "Defendant") (ECF No. 4), and having jurisdiction over this matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331 and 1345; the parties having filed a joint motion for entry of consent judgment ("Joint Motion"); and Mr. Pinto having admitted that he procured his naturalization by concealment of a material fact or by willful misrepresentation, as described in Count Four of the Complaint; it is hereby ORDERED, ADJUDGED, and DECREED as follows.

(1) The Joint Motion is GRANTED;

(2) In accordance with the Joint Motion, judgment is ENTERED in favor of the United States and against Mr. Pinto on Count Four, and the remaining counts are dismissed as moot;

(3) The Court FINDS and DECLARES that Mr. Pinto procured his U.S. citizenship by concealment of a material fact or by willful misrepresentation;

(4) The order admitting Mr. Pinto to U.S. citizenship is REVOKED and SET ASIDE, effective as of the original date of the order, April 4, 2013;

(5) Certificate of Naturalization No. 35611928 is CANCELED, effective as of the original date of the certificate, April 4, 2013;

(6) Mr. Pinto is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of his April 4, 2013 naturalization;

(7) Mr. Pinto shall, within fourteen days of this Order, surrender and deliver his Certificate of Naturalization, any and all U.S. passports and passport cards, and any other indicia of U.S. citizenship, as well as any copies thereof in his possession or control (and make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others), to counsel for the United States, Mack J.B. Swan;

(8) The Parties shall appear for a hearing on __April 14__, 2023, at ~~10:00 a.m.~~ 2:00 p.m., at which Mr. Pinto must demonstrate that he has complied with this Judgment, unless the Court cancels the hearing after receiving notice from the United States that Mr. Pinto has fully complied and this Judgment is satisfied.

IT IS SO ORDERED this __31st__ day of __March__, 2023.

/s/
T. S. Ellis, III
United States District Judge

AGREED TO:

Roger Duaner Pinto
South Arlington, VA 22204

AGREED TO:

JESSICA D. ABER
United States Attorney

By:

*[signature]*

TANYA KAPOOR
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22046
Telephone: (703) 299-3911
Facsimile: (703) 299-3983
E-mail: tanya.kapoor@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section

KATHLEEN A. CONNOLLY
Acting Chief, Enforcement Unit

J. MAX WEINTRAUB
Senior Litigation Counsel

JOHN J.W. INKELES
Senior Litigation Counsel

*[signature]*

MACK J.B. SWAN, MD Bar 1012160188
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section – Enforcement Unit
P.O. Box 868, Ben Franklin Station
Telephone: (202) 305-3340
Facsimile: (202) 305-7000
E-mail: mack.swan@usdoj.gov

*Counsel for Plaintiff United States*